UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

DATE OF 341 MEETING: **March 28, 2012**        CASE NO: **12-21788**

IN RE: **Sevey, Donald + Aimee M.**    TRUSTEE: **Rupp**

## MOTION TO DISMISS/ CHAPTER 7 SECTION 341 MEETING REPORT/ STATEMENT OF FAILURE TO COMPLY

PURSUANT TO APPLICABLE LOCAL RULES AS REFERENCED IN PARAGRAPH(S) _____ BELOW, THE TRUSTEE RECOMMENDS DISMISSAL OF THIS CASE AND AND THE COURT WILL ENTER AN ORDER OF DISMISSAL UNLESS AN OBJECTION TO DISMISSAL IS FILED BY **4/23/12**.

1. DEBTOR(S)
   [X] Present, Sworn, Examined   [ ] Not Present – Local Bankruptcy Rule ("LBR") 2003-1(a)
   [ ] Husband Present, Wife Not – LBR 2003-1(a)
   [ ] Wife Present, Husband Not – LBR 2003-1(a)
2. DEBTOR'S ATTORNEY
   [X] Present    [ ] Not Present – LBR 2003-1(a)    [ ] N/A (Pro Se)
3. MAILING MATRIX TIMELY FILED
   [ ] YES    [ ] NO – LBR 1007-1
4. DOMESTIC SUPPORT OBLIGATION MATRIX TIMELY FILED
   [ ] YES    [ ] NO – Bankr. D. Rule 1007-1(b)
5. NEW ADDRESS FOR DEBTOR?
   [ ] NO    [ ] YES – Debtor and Attorney advised of duty to file written notice of change of address
6. FAILURE TO PROVIDE THE FOLLOWING DOCUMENTS UNDER LBR 4002-1(b) - (d):

   *No statement of financial affairs + schedules were filed before 341 meeting, Debtors failed to file SOFA + Schedules by 3/27/12 per order dated 3/21/12*

9. MEETING: [ ] Concluded    [ ] Continued to: _____ (New 341 Date)
   due to failure of Debtor to file or provide to Trustee all required documents
10. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:
    [X] a 341 hearing be rescheduled    [ ] a 341 hearing NOT be rescheduled
    *+ all deadlines extended.*

CREDITORS _____

**Stephen Rupp**
PRESIDING OFFICER

This Motion to Dismiss/ Section 341 Meeting Report/Statement of Failure to Comply has been mailed to the Debtor and Debtor's counsel at the addresses that appear on the Petition in this case. In addition, a copy has been delivered to the Office of the U.S. Trustee at Suite 300, 405 S. Main Street, Salt Lake City, UT 84111.

Date: **3/29/12**                     _____
                                       Chapter 7 Trustee

In re:
SEVEY, DONALD & AIMEE M.

CASE NO. 12-21788
CHAPTER 7

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of March, 2012, a true and correct copy of the foregoing SECTION 341 MEETING DETAILED REPORT FOR CHAPTER 7 was mailed, postage prepaid, to the following persons:

Donald David Sevey, III
Aimee Michelle Knowley-Sevey
2391 East 6895 South #13
Salt Lake City, UT 84121

Leonard J. Carson
Pearson, Butler, Carson & Cook, PLLC
1682 Reunion Avenue, Suite 100
South Jordan, UT 84095

United States Trustee
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

By:_____