LEONARD J. CARSON [8483]
ANDREW B. CLAWSON [10409]
MARYANN BENNETT [13146]
PEARSON, BUTLER, CARSON & COOK, PLLC
1682 Reunion Ave., Suite No. 100
South Jordan, Utah 84095
Email: len@pbcclaw.com
Telephone: (801) 495-4104
Facsimile: (801) 254-9427

*Attorneys for Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>DONALD DAVID SEVEY, III and<br>AIMEE MICHELLE KNOWLEY-SEVEY,<br><br>Debtors. | Case No. 12-21788<br><br>Chapter 13<br><br>Judge William T. Thurman |
|---|---|

### OBJECTION TO TRUSTEE'S RECOMMENDATION FOR DISMISSAL

Debtors, through counsel undersigned, hereby object to the Chapter 7 Trustee's Recommendation for Dismissal and represent as follows:

1. Debtors filed a voluntary Chapter 13 Bankruptcy on February 18, 2012.

2. Debtors filed a Motion to Extend Time to Cure Deficiencies on March 5, 2012, because both Debtors were still trying to gather the necessary documents to cure the deficient filing, and this Court entered an order Granting Debtors' Motion.

3. On March 19, 2012, the Co-Debtor had supplied counsel all necessary documents to cure the deficient filing, but Debtor had not. Debtor was still gathering information necessary to cure the deficient filing.

4. Therefore, Counsel filed a second Motion to Extend Time to Cure Deficiencies on March 19, 2012.

5. The Court again executed an Order Granting Debtors' second Motion. However, where the Motion requested an extension until March 29, 2012, the Court only granted the extension though March 27, 2012.

6. Counsel for Debtors did not notice the Court's change of extension, and assumed that the extension was through the date requested.

7. Because of Counsel's clerical error, Debtors' case was not cured timely.

8. Debtors have now cured the deficient filing, and Debtors attended their first meeting of Creditors.

WHEREFORE, Debtors hereby object to the Trustee's Recommendation for Dismissal, and respectfully request the recommendation be denied, and for any additional relief that the Court may deem just or equitable.

DATED this 23rd day of April, 2012.

/s/ Leonard J. Carson
Leonard J. Carson

## CERTIFICATE OF SERVICE

I certify that on the 24th day of April 2012, the foregoing document was sent via ECF filing and/or first class mail, postage prepaid to the following:

Kevin R. Anderson
Chapter 13 Trustee
By ECF

U.S. Trustee
By ECF

All Creditors on the Attached up to date Mailing Matrix

/s/ Leonard J. Carson
Leonard J. Carson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 12-21788<br>District of Utah<br>Salt Lake City<br>Mon Apr 23 18:07:04 MDT 2012 | U.S. Bankruptcy Court<br>350 South Main #301<br>Salt Lake City, UT 84101-2195 | Alta View Hospital<br>9660 South 1300 East<br>Sandy, UT 84094-3793 |
| American Medical Collection Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 | Arrow Financial Services<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210-1464 | Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Avenues Womens Center, LC<br>455 E. South Temple 202<br>Salt Lake City, UT 84111-1325 | Barclays Bank Delaware<br>Attention: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Beehive Credit Resolution<br>1065 South 500 West<br>Suite 202<br>Woods Cross, UT 84010-8244 |
| Bonded Adjustment Bureau<br>11620 S. State St.<br>Suite 1404<br>Draper, UT 84020-7124 | Bonneville Billing<br>1186 E 4600 S Ste 100<br>Ogden, UT 84403-4896 | Certegy Payment Recovery Services, Inc.<br>3500 5th Street<br>Northport, AL 35476-4723 |
| Cottonwood Hospital Medical Center<br>5121 South Cottonwood Street<br>Murray, UT 84107-5701 | Cottonwood Improvement District<br>3620 South Highland Drive<br>Sandy, UT 84093 | Cottonwood Internal Medicine<br>5770 South 250 East<br>Suite 335<br>Salt Lake City, UT 84107-8111 |
| Credit Collection Services<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Dr. Christopher J. Jolles MD<br>Dept 2078 PO Box 29675<br>Phoenix, AZ 85038-9675 | Dr. Krista M. Schonrock, MD<br>5252 South Intermountain Drive<br>Murray, UT 84107-5700 |
| Dr. Roy H. Tranwick, MD<br>5848 South Fashion Blvd.<br>Murray, UT 84107-6121 | Express Recovery Service Inc.<br>2790 South Decker Lake Drive<br>Salt Lake City, UT 84119-2057 | Express Recovery Svcs<br>2480 South Main Ste 208<br>Salt Lake City, UT 84115-3058 |
| First Professional Services Corporation<br>8841 South Redwood Road<br>Suite B<br>West Jordan, UT 84088-9290 | Granite Recovery LLC<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | HSBC Card Services<br>PO Box 60119<br>City of Industry, CA 91716-0119 |
| Halliday & Watkins, PC<br>376 East 400 South<br>Suite 300<br>Salt Lake City, UT 84111-2906 | Hartford Life BMS: C/O RMS<br>77 Hartland St. Suite 401<br>P.O. Box 280431<br>East Hartford, CT 06128-0431 | Highland Family Practice<br>4460 Highland Dr # 400<br>Salt Lake City, UT 84124-3565 |
| Holladay Pediatrics<br>2180 East 4500 South #210<br>Salt Lake City, UT 84117-4434 | IHC Health Services<br>PO Box 30191<br>Salt Lake City, UT 84130-0191 | Intermountain Central Laboratory<br>PO Box 410400<br>Salt Lake City, UT 84141-0400 |

| | | |
|---|---|---|
| Intermountain Health Care<br>PO Box 410400<br>Salt Lake City, UT 84141-0400 | Intermountain Medical Center<br>5121 South Cottonwood Street<br>Murray, UT 84107-5701 | Intermountain Medical Group<br>PO Box 79052<br>Phoenix, AZ 85062-9052 |
| J D Clark & Co Inc<br>2225 Washington Blvd # 300<br>Ogden, UT 84401-6887 | Johnson Mark LLC<br>PO Box 7811<br>Sandy, UT 84091-7811 | Knight Adjustment Bureau<br>404 East 4500 South<br>#A-34<br>Salt Lake City, UT 84107-2710 |
| LabCorp<br>PO Box 2240<br>Burlington, NC 27216-2240 | (p)MOUNTAIN AMERICA CREDIT UNION<br>735 S STATE ST #300<br>SALT LAKE CITY UT 84111-3821 | Mountain Land Collections, Inc.<br>PO Box 1280<br>American Fork, UT 84003-6280 |
| Mountain Medical<br>PO Box 29684<br>Phoenix, AZ 85038-9684 | Mountain Medical Physician Specialists<br>PO Box 29684<br>Phoenix, AZ 85038-9684 | North American Recovery<br>5225 Wiley Post Way, Suite 410<br>Salt Lake City, UT 84116-2561 |
| Office Recovery Servic<br>Po Box 45011<br>Salt Lake City, UT 84145-0011 | Office of Recovery Services<br>515 East 100 South<br>SLC, UT 84102-2089 | Oral & Maxillofacial Surgery<br>3920 South 1100 East<br>Suite 160<br>Salt Lake City, UT 84124-1213 |
| Pediatric Radiology<br>869 East 4500 South<br>PMB 511<br>Salt Lake City, UT 84107-3049 | Primary Childrens Medical Center<br>100 N. Mario Capecchi Dr.<br>Salt Lake City, UT 84113-1100 | Progressive Insurance<br>6300 Wilson Mills Road<br>Cleveland, OH 44143-2182 |
| RMS<br>77 Hartland St. Suite 401<br>P.O. Box 280431<br>East Hartford, CT 06128-0431 | RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06108-3253 | Revenue Cycle Solution<br>2651 Warrenville R<br>Downers Grove, IL 60515-5559 |
| Revenue Cycle Solutions, Inc.<br>PO Box 7229<br>Westchester, IL 60154-7229 | Salt Lake City Radiology<br>333 South 900 East<br>Salt Lake City, UT 84102-2310 | Select Portfolio Servicing, Inc.<br>1420 South 500 West<br>Salt Lake City, UT 84115-5149 |
| SelectHealth<br>PO Box 30192<br>Salt Lake City, UT 84130-0192 | St. Mark's Hospital<br>PO Box 99400<br>Louisville, KY 40269-0400 | TD Auto Finance<br>PO Box 9223<br>Farmington, MI 48333-9223 |
| The Orthopedic Specialist Hospital<br>5848 South Fashion Boulevard<br>Salt Lake City, UT 84107-6121 | Unified Fire Authority<br>3380 South 900 West<br>Salt Lake City, UT 84119-4102 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |

| | | |
|---|---|---|
| University HealthCare<br>Po Box 510721<br>Salt Lake City, UT 84151-0721 | University Pediatric Faculty<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | Unlimited Auto<br>2828 South State Street<br>Salt Lake City, UT 84115-3623 |
| Utah Heart Clinic<br>3930 Parkway Blvd.<br>Salt Lake City, UT 84120-6300 | Utah Pathology Service, Inc.<br>360 East 4500 South<br>Salt Lake City, UT 84107-4297 | Vicki L Macy, MD<br>455 E. South Temple #202<br>Salt Lake City, UT 84111-1325 |
| Aimee Michelle Knowley-Sevey<br>8672 South Ida Lane<br>Sandy, UT 84093-1422 | Donald David Sevey III<br>2391 East 6895 South #13<br>Salt Lake City, UT 84121-3368 | Leonard J. Carson<br>Pearson, Butler, Carson & Cook, PLLC<br>1682 Reunion Avenue<br>Suite 100<br>South Jordan, UT 84095-4614 |
| Stephen W. Rupp tr<br>170 South Main Street<br>Suite 800<br>Salt Lake City, UT 84101-1656 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mountain America Credit Union
PO Box 9001
West Jordan, UT 84084


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association, as trustee | (u)Dr. Mark R. Briesacher, MD | (u)LDS Family Services |
| (u)Salt Lake Laboratory | End of Label Matrix<br>Mailable recipients    69<br>Bypassed recipients    4<br>Total                  73 | |