**The below described is SIGNED.**

(ts)

**Dated: July 06, 2012**

_____
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**



_____

*Order Prepared and Submitted By:*

Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, UT  84101
Telephone:  (801) 521-4135
Telefax: (801) 521-4252

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | :  Bankruptcy No. 12-21788 WTT |
| | (Chapter 7) |
| DONALD DAVID SEVEY, III and | : |
| AIMEE MICHELLE KNOWLEY-SEVEY, | |
| Debtors. | : |

### ORDER DISMISSING CASE

The debtors' objection to the Trustee's recommendation or motion for dismissal came on for hearing before the Court on June 25, 2012.  Leonard J. Carson appeared for the debtors. Stephen W. Rupp appeared for the Trustee.  The Court considered the Trustee's recommendation for dismissal, the debtors' objection to Trustee's Recommendation For Dismissal dated April 23, 2012, the Trustee's Response to Objection to Trustee's Recommendation For Dismissal dated April 25, 2012, the debtors' Notice of Opportunity For Hearing dated May 23, 2012, and the

Trustee's Second Response to Objection to Trustee's Recommendation For Dismissal dated May 24, 2012. Having considered all matters presented, including the motions and the objections and responses, the record before the Court, and the arguments and representations of the attorneys, and having made findings of fact and conclusions of law on the record, and for cause otherwise appearing,

IT IS HEREBY ORDERED that the Trustee's recommendation for dismissal is sustained and the debtors' objection to the Trustee's recommendation for dismissal is overruled and this bankruptcy case is hereby DISMISSED.

---------------------------------------------END OF DOCUMENT---------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Local Rule 9021-1, a true and correct copy of the foregoing proposed Order Dismissing Case was mailed, postage prepaid, on the 25th day of June, 2012, to the following:

>Leonard J. Carson
>Pearson, Butler, Carson & Cook
>1682 Reunion Avenue, Suite 100
>South Jordan, UT 84095

/s/ Karin Powell

## CERTIFICATE OF SERVICE
## CLERK OF THE COURT

I hereby certify that a true and correct copy of the foregoing Order Dismissing Case was mailed, postage prepaid, on the _____ day of June, 2012, to the following:

>U.S. Trustee's Office
>405 South Main Street, Suite 300
>Salt Lake City, UT 84111
>
>Donald D. Sevey, III
>2391 East 6895 South, #13
>Salt Lake City, UT 84121
>
>Aimee M. Knowley-Sevey
>8672 South Ida Lane
>Sandy, UT 84093
>
>Leonard J. Carson
>Pearson, Butler, Carson & Cook
>1682 Reunion Avenue, Suite 100
>South Jordan, UT 84095
>
>Stephen W. Rupp, Trustee
>170 South Main Street, Suite 800
>Salt Lake City, UT 84101

_____
Deputy Clerk

ka\pl\sevey.odc